subject to the provisions of section 241, as amended, the income to be paid to the trustee during the continuance of the trust.

*Charles Angulo* and *Edmund O. Austin* for appellants.

*Henry C. Eldert, Russell L. Bradford* and *James D. Ouchterloney* for Farmers' Loan and Trust Company et al., as executors of Florence Fish, deceased, *amici curiæ*.

*Lewis M. Isaacs* for Bankers Trust Company et al., as executors and trustees under the will of Mary B. Fareira, deceased, *amici curiæ*.

*Seth T. Cole* and *Charles A. Curtin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

PERCY P. COWANS et al., Respondents, *v.* TICONDEROGA PULP AND PAPER COMPANY, Appellant.

*Judgment — comity — conclusiveness of foreign judgment.*

*Cowans* v. *Ticonderoga P. & P. Co.*, 219 App. Div. 120, affirmed. (Argued October 20, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered February 3, 1927, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an order of Special Term denying a motion by plaintiffs for judgment on the pleadings and granted said motion. The action was brought to recover on a money judgment recovered by plaintiffs against defendant in the Province of Quebec. Defendant contended that the judgment was only *prima facie* evidence against which any defense which could have been used at the trial in the foreign court was available to defeat recovery here. The Appellate Division held that the foreign judgment was conclusive.

*William C. Cannon, John W. Davis, William R. Carlisle* and *Frank B. Wickes* for appellant.

*Samuel Seabury* and *Thomas B. Cotter* for respondents.

Judgment affirmed, with costs, on opinion of VAN KIRK, J., below.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

SAMUEL W. HOWITT, as Administrator of the Estate of ROSE HOWITT, Deceased, Appellant, *v.* EDWARD G. HOPKINS, Defendant, and BURROUGHS ADDING MACHINE COMPANY, Respondent.

*Master and servant — negligence — motor vehicles — child killed by automobile owned and operated by salesman in employ of agent of defendant on way to demonstrate or sell product of defendant — existence of relation of master and servant.*

*Howitt* v. *Hopkins*, 219 App. Div. 653, affirmed.

(Argued October 21, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered April 15, 1927, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing as to the defendant-respondent herein a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate was struck and killed by an automobile owned and operated by a salesman in the employ of an agent of defendant-respondent. At the time of the accident the salesman was on his way to demonstrate or sell a machine manufactured by defendant-respondent. The Appellate Division held that the relation of master and servant did not exist between the salesman and defendant-respondent.

*Walter A. Fullerton* for appellant.
*John F. Lucey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.